**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-4158**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | 3-D Visual Lamp Store | 2 | Amaris Girl Store |
| 3 | AONIJIE-FACTORY Store | 4 | Badguys Sportswear Store |
| 5 | BBAC Store | 6 | Beautiful 006 Store |
| 7 | Best shoes best living | 8 | Bojmq On-line Store |
| 9 | boys and girls Official Store | 10 | capewi Store |
| 11 | CeLai trend shoe Store | 12 | Charlie's Heartbeat Store |
| 13 | chengyi Store | 14 | Cocoyoki Store |
| 15 | COMFYTRIP Store | 16 | COSTEES Store |
| 17 | CREDRIZK ZCSPORT Store | 18 | dropshiping NO.6 Store |
| 19 | erxu Store | 20 | Etiya Store |
| 21 | fa fa fa Store | 22 | FHLYIY Official Store |
| 23 | First Foots Store | 24 | Gensenlang Athleisure Store |
| 25 | GLANC Store | 26 | Goddess Shoe Store |
| 27 | good sales 999 Store | 28 | HAFELE Store |
| 29 | Happ brothers Store | 30 | HeyShoes Store |
| 31 | Hopeto Store | 32 | HORMETCI Official Store |
| 33 | HUANGYUYAN Store | 34 | INNGRAEE Factory Store |
| 35 | interfly168 Store | 36 | J&C Sneakers Store |
| 37 | JAUNTILY Store | 38 | Jeans Fritz 04 Store |
| 39 | Jennifer Boutiques Store | 40 | Jessis casual shoe Store |
| 41 | JHSport Store | 42 | JINANDYU manufacturing co Store |
| 43 | Jody factory shop Store | 44 | Jumping monkey Store |
| 45 | Kally's Secret Store | 46 | KERZERN Store |
| 47 | KHRUN Store | 48 | Kitleler-Shoes Store |
| 49 | KKSports 888 Store | 50 | Krajews Store |
| 51 | Laimai Pantyhose Co., Ltd. Store | 52 | Lam Sportswear Store |
| 53 | lanbaoer Store | 54 | LangYuXin Gym Store |
| 55 | LANSHULAN2 Store | 56 | Leafes Store |
| 57 | Leien Store | 58 | Leimolis Official Store |
| 59 | LEPENN Factory Outlet Store | 60 | LIUWEICHEN Store |
| 61 | Lizw Cases Store | 62 | LJ's Store |
| 63 | Lmao Store | 64 | LONZO Official Store |
| 65 | Lose Control Store | 66 | Loubit Co.,Ltd Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 67 | Loveewalk Childhood Store | 68 | LOVES LIFE LOVES MOVEMENT Store |
| 69 | LRGY Store | 70 | LuckyBless Store |
| 71 | Luo Feifei Store | 72 | LuoLi CO., LTD Store |
| 73 | LUONTNOR Do it Store | 74 | luxurytrend Store |
| 75 | LYTLM Official-kids Store | 76 | Maden Official Store |
| 77 | MAIJION Official Store | 78 | malira Clothes & Accessories Store |
| 79 | Matsuhara Taeyeon Shop 6 Store | 80 | Me Fitness Store |
| 81 | meinianguan Large Size Footwear Store | 82 | MELLOWER Store |
| 83 | Mengyinst 666 Store | 84 | Men's cabinets Store |
| 85 | MHQ-CN Store | 86 | MiDi_0720 Store |
| 87 | MIISUEE Store | 88 | Minneng Store |
| 89 | Moda Store | 90 | monstceler Official Store |
| 91 | movechain Official Store | 92 | Mr A Du Store |
| 93 | Mrgerton Store | 94 | MWY Official Store |
| 95 | My Siking Store | 96 | Nasenda 82 Store |
| 97 | Nasenda Factory Store | 98 | NEW OOPS Store |
| 99 | Niken Store | 100 | No.3 Store |
| 101 | OFFTHANPS JoyShoes Factory Store | 102 | OK clothes Store |
| 103 | OllyMurs QQ world Store | 104 | Ou Store |
| 105 | Outdoor Footwear Store | 106 | Outside drop ship factory Store Store |
| 107 | Overturn Store | 108 | PADEGAO Footwear Store |
| 109 | Pandorabox Store | 110 | Peaceful World Store |
| 111 | peibin Store | 112 | Pmoiste Official Store |
| 113 | Pop drop shipping Store | 114 | Pop Ring Tribe Store |
| 115 | Profitness Store | 116 | PUPUDA Official Store |
| 117 | PUPUDA Store | 118 | QGKFASHION Store |
| 119 | QIFENG Online Store | 120 | QINSIR Apparel Store |
| 121 | Real Go!! Store | 122 | Ripeng Store |
| 123 | Romeng Store | 124 | Rose Design Store |
| 125 | ROUND WAY Store | 126 | Ruiff Store |
| 127 | Ruisef Store | 128 | S&T Global Sport Store |
| 129 | Sales tn basketball Store | 130 | Shop1499038 Store |
| 131 | Shop1708167 Store | 132 | Shop3664005 Store |
| 133 | Shop3668002 Store | 134 | Shop4053071 Store |
| 135 | Shop4399090 Store | 136 | Shop4434035 Store |
| 137 | Shop4614017 Store | 138 | Shop4928059 Store |
| 139 | Shop4996486 Store | 140 | Shop5002345 Store |
| 141 | Shop5041099 Store | 142 | Shop5045112 Store |
| 143 | Shop5054197 Store | 144 | Shop5075046 Store |
| 145 | Shop5079078 Store | 146 | Shop5133090 Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 147 | Shop5142061 Store | 148 | Shop5243001 Store |
| 149 | Shop5262003 Store | 150 | Shop5370130 Store |
| 151 | Shop5371087 Store | 152 | Shop5420111 Store |
| 153 | Shop5426017 Store | 154 | Shop5442131 Store |
| 155 | Shop5592070 Store | 156 | Shop5605475 Store |
| 157 | Shop5622112 Store | 158 | Shop5633012 Store |
| 159 | Shop5633249 Store | 160 | Shop5637176 Store |
| 161 | Shop5649015 Store | 162 | Shop5661008 Store |
| 163 | Shop5685064 Store | 164 | Shop5713033 Store |
| 165 | Shop5721139 Store | 166 | Shop5726010 Store |
| 167 | Shop5742014 Store | 168 | Shop5743207 Store |
| 169 | Shop5780800 Store | 170 | Shop5782906 Store |
| 171 | Shop5782963 Store | 172 | Shop5784802 Store |
| 173 | Shop5790803 Store | 174 | Shop5797016 Store |
| 175 | Shop5831358 Store | 176 | Shop5837240 Store |
| 177 | Shop5839084 Store | 178 | Shop5870118 Store |
| 179 | Shop5876188 Store | 180 | Shufeiya Store |
| 181 | Soccersports Store | 182 | Srnfean Official Store |
| 183 | SZSGCN414 Store | 184 | Terotrend Store |
| 185 | tnshox Store | 186 | To Be Well Store |
| 187 | TOLEZY Store | 188 | Tomorrow shoe Store |
| 189 | Unique Me Store | 190 | UYOYU Factory Store |
| 191 | vast wave Official Store | 192 | WHTMOM Store |
| 193 | Xiaomi Redmi Store | 194 | xxin Store |
| 195 | Y1ng2 Fa Store | 196 | YEHANSPORT Store |
| 197 | Yhebke Official Store | 198 | YUGG Sneakers Store |
| 199 | Zefeng Store | 200 | ZXWFOBEY Store |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/5403023 | 2 | aliexpress.com/store/2483016 |
| 3 | aliexpress.com/store/5571063 | 4 | aliexpress.com/store/5512084 |
| 5 | aliexpress.com/store/5042127 | 6 | aliexpress.com/store/5303002 |
| 7 | aliexpress.com/store/1858306 | 8 | aliexpress.com/store/5041199 |
| 9 | aliexpress.com/store/5680011 | 10 | aliexpress.com/store/4998099 |
| 11 | aliexpress.com/store/5031081 | 12 | aliexpress.com/store/5741157 |
| 13 | aliexpress.com/store/3184028 | 14 | aliexpress.com/store/5628034 |
| 15 | aliexpress.com/store/2191184 | 16 | aliexpress.com/store/5587080 |
| 17 | aliexpress.com/store/5779708 | 18 | aliexpress.com/store/5383064 |
| 19 | aliexpress.com/store/5589467 | 20 | aliexpress.com/store/5040337 |
| 21 | aliexpress.com/store/236865 | 22 | aliexpress.com/store/5063442 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 23 | aliexpress.com/store/4428238 | 24 | aliexpress.com/store/3090032 |
| 25 | aliexpress.com/store/5712020 | 26 | aliexpress.com/store/2937025 |
| 27 | aliexpress.com/store/5439184 | 28 | aliexpress.com/store/4992025 |
| 29 | aliexpress.com/store/5791938 | 30 | aliexpress.com/store/3951004 |
| 31 | aliexpress.com/store/5886121 | 32 | aliexpress.com/store/4999366 |
| 33 | aliexpress.com/store/2344307 | 34 | aliexpress.com/store/3513079 |
| 35 | aliexpress.com/store/2339266 | 36 | aliexpress.com/store/4682109 |
| 37 | aliexpress.com/store/4676039 | 38 | aliexpress.com/store/5777385 |
| 39 | aliexpress.com/store/5701027 | 40 | aliexpress.com/store/4205026 |
| 41 | aliexpress.com/store/3488006 | 42 | aliexpress.com/store/5154013 |
| 43 | aliexpress.com/store/4996417 | 44 | aliexpress.com/store/4998050 |
| 45 | aliexpress.com/store/5618277 | 46 | aliexpress.com/store/2673035 |
| 47 | aliexpress.com/store/5047161 | 48 | aliexpress.com/store/5268015 |
| 49 | aliexpress.com/store/5605129 | 50 | aliexpress.com/store/5423218 |
| 51 | aliexpress.com/store/336681 | 52 | aliexpress.com/store/4467020 |
| 53 | aliexpress.com/store/5622066 | 54 | aliexpress.com/store/5367072 |
| 55 | aliexpress.com/store/1818770 | 56 | aliexpress.com/store/5243055 |
| 57 | aliexpress.com/store/4917072 | 58 | aliexpress.com/store/1921392 |
| 59 | aliexpress.com/store/3247085 | 60 | aliexpress.com/store/5593406 |
| 61 | aliexpress.com/store/5834033 | 62 | aliexpress.com/store/5714091 |
| 63 | aliexpress.com/store/2817088 | 64 | aliexpress.com/store/4555038 |
| 65 | aliexpress.com/store/5784513 | 66 | aliexpress.com/store/2661097 |
| 67 | aliexpress.com/store/5148060 | 68 | aliexpress.com/store/5435084 |
| 69 | aliexpress.com/store/3177026 | 70 | aliexpress.com/store/2969095 |
| 71 | aliexpress.com/store/5796686 | 72 | aliexpress.com/store/4784014 |
| 73 | aliexpress.com/store/4474023 | 74 | aliexpress.com/store/5060058 |
| 75 | aliexpress.com/store/5063150 | 76 | aliexpress.com/store/2970058 |
| 77 | aliexpress.com/store/2072006 | 78 | aliexpress.com/store/5007098 |
| 79 | aliexpress.com/store/5053303 | 80 | aliexpress.com/store/1911191 |
| 81 | aliexpress.com/store/5785349 | 82 | aliexpress.com/store/5051162 |
| 83 | aliexpress.com/store/5567040 | 84 | aliexpress.com/store/3565035 |
| 85 | aliexpress.com/store/5056124 | 86 | aliexpress.com/store/4808068 |
| 87 | aliexpress.com/store/5044054 | 88 | aliexpress.com/store/4871167 |
| 89 | aliexpress.com/store/3410002 | 90 | aliexpress.com/store/1304059 |
| 91 | aliexpress.com/store/1206074 | 92 | aliexpress.com/store/5783627 |
| 93 | aliexpress.com/store/5733282 | 94 | aliexpress.com/store/3580012 |
| 95 | aliexpress.com/store/4215018 | 96 | aliexpress.com/store/5420308 |
| 97 | aliexpress.com/store/5244234 | 98 | aliexpress.com/store/1223132 |
| 99 | aliexpress.com/store/5797756 | 100 | aliexpress.com/store/3242099 |
| 101 | aliexpress.com/store/5495116 | 102 | aliexpress.com/store/5434297 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 103 | aliexpress.com/store/5209023 | 104 | aliexpress.com/store/5577151 |
| 105 | aliexpress.com/store/5799460 | 106 | aliexpress.com/store/4702046 |
| 107 | aliexpress.com/store/5727070 | 108 | aliexpress.com/store/5631195 |
| 109 | aliexpress.com/store/4406208 | 110 | aliexpress.com/store/5485047 |
| 111 | aliexpress.com/store/4745015 | 112 | aliexpress.com/store/3571025 |
| 113 | aliexpress.com/store/815044 | 114 | aliexpress.com/store/1996328 |
| 115 | aliexpress.com/store/4996510 | 116 | aliexpress.com/store/4996460 |
| 117 | aliexpress.com/store/5373186 | 118 | aliexpress.com/store/5041193 |
| 119 | aliexpress.com/store/5701009 | 120 | aliexpress.com/store/1460091 |
| 121 | aliexpress.com/store/5625168 | 122 | aliexpress.com/store/5836045 |
| 123 | aliexpress.com/store/5598450 | 124 | aliexpress.com/store/5052236 |
| 125 | aliexpress.com/store/2834007 | 126 | aliexpress.com/store/5042277 |
| 127 | aliexpress.com/store/5524116 | 128 | aliexpress.com/store/925706 |
| 129 | aliexpress.com/store/5838212 | 130 | aliexpress.com/store/1499038 |
| 131 | aliexpress.com/store/1708167 | 132 | aliexpress.com/store/3664005 |
| 133 | aliexpress.com/store/3668002 | 134 | aliexpress.com/store/4053071 |
| 135 | aliexpress.com/store/4399090 | 136 | aliexpress.com/store/4434035 |
| 137 | aliexpress.com/store/4614017 | 138 | aliexpress.com/store/4928059 |
| 139 | aliexpress.com/store/4996486 | 140 | aliexpress.com/store/5002345 |
| 141 | aliexpress.com/store/5041099 | 142 | aliexpress.com/store/5045112 |
| 143 | aliexpress.com/store/5054197 | 144 | aliexpress.com/store/5075046 |
| 145 | aliexpress.com/store/5079078 | 146 | aliexpress.com/store/5133090 |
| 147 | aliexpress.com/store/5142061 | 148 | aliexpress.com/store/5243001 |
| 149 | aliexpress.com/store/5262003 | 150 | aliexpress.com/store/5370130 |
| 151 | aliexpress.com/store/5371087 | 152 | aliexpress.com/store/5420111 |
| 153 | aliexpress.com/store/5426017 | 154 | aliexpress.com/store/5442131 |
| 155 | aliexpress.com/store/5592070 | 156 | aliexpress.com/store/5605475 |
| 157 | aliexpress.com/store/5622112 | 158 | aliexpress.com/store/5633012 |
| 159 | aliexpress.com/store/5633249 | 160 | aliexpress.com/store/5637176 |
| 161 | aliexpress.com/store/5649015 | 162 | aliexpress.com/store/5661008 |
| 163 | aliexpress.com/store/5685064 | 164 | aliexpress.com/store/5713033 |
| 165 | aliexpress.com/store/5721139 | 166 | aliexpress.com/store/5726010 |
| 167 | aliexpress.com/store/5742014 | 168 | aliexpress.com/store/5743207 |
| 169 | aliexpress.com/store/5780800 | 170 | aliexpress.com/store/5782906 |
| 171 | aliexpress.com/store/5782963 | 172 | aliexpress.com/store/5784802 |
| 173 | aliexpress.com/store/5790803 | 174 | aliexpress.com/store/5797016 |
| 175 | aliexpress.com/store/5831358 | 176 | aliexpress.com/store/5837240 |
| 177 | aliexpress.com/store/5839084 | 178 | aliexpress.com/store/5870118 |
| 179 | aliexpress.com/store/5876188 | 180 | aliexpress.com/store/5114093 |
| 181 | aliexpress.com/store/5593302 | 182 | aliexpress.com/store/5777664 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 183 | aliexpress.com/store/3630163 | 184 | aliexpress.com/store/5028035 |
| 185 | aliexpress.com/store/5730288 | 186 | aliexpress.com/store/2394008 |
| 187 | aliexpress.com/store/4405187 | 188 | aliexpress.com/store/5794051 |
| 189 | aliexpress.com/store/2228162 | 190 | .aliexpress.com/store/5366198 |
| 191 | aliexpress.com/store/5071435 | 192 | aliexpress.com/store/1947696 |
| 193 | aliexpress.com/store/1941616 | 194 | aliexpress.com/store/5363237 |
| 195 | aliexpress.com/store/5013001 | 196 | aliexpress.com/store/2471005 |
| 197 | aliexpress.com/store/5430200 | 198 | aliexpress.com/store/5631066 |
| 199 | aliexpress.com/store/2850077 | 200 | aliexpress.com/store/2921107 |